JAN 2 4 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION

2003 JA 23 PM 4: 06

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____
            DEPUTY

eCLICKMD, INC.

-vs-

OXFORD VENTURE PARTNERS, L.L.C.,
KARIM RAJANI

Case No. A-01-CA-599-SS

# ORDER

BE IT REMEMBERED on the 23rd day of January 2003 the Court reviewed the file in the

above-styled cause, specifically Plaintiff's Motion for Turnover [#33] and brief in support thereof

[#34] and the Defendants' opposition [#38]. Having considered the motion, response, case file as

a whole and the applicable law, the Court enters the following:

On November 26, 2002, the Court entered a judgment in this case awarding the Plaintiff

damages in the amount of $1,019,250.00, plus postjudgment interest, $250,000 in punitive damages,

$19,000 in attorney's fees and all costs of suit. The Defendants have filed an appeal, but no

supersedeas bond has been filed, so a writ of execution can issue.[1] The stock that is the subject of

Plaintiff's Motion for Turnover is an asset subject to execution by the United States Marshal Service

to satisfy the judgment, notwithstanding the Defendants' arguments. Accordingly, the Plaintiff may

obtain a writ of execution from the Clerk of the Court, and the Court orders the Defendants to

execute the necessary documents to assist the United States Marshal Service in obtaining possession

of the stock in accordance with the writ of execution.

---

[1] While the Plaintiff may obtain a writ of execution, execution on a subsequently reversed
judgment may create liability.

41

-2-

IT IS ORDERED that Plaintiff's Motion for Turnover [#33] is DENIED.

SIGNED this the **23**ʳᵈ day of January 2003.

SAM SPARKS
UNITED STATES DISTRICT JUDGE